UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OPAL HARGER, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR, and THE NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH,<br><br>    Defendants. | NO. CV-06-5071-RHW<br><br>**ORDER DENYING MOTION TO ENFORCE FOIA REQUESTS** *INTER ALIA* |

Before the Court are Plaintiffs' Motion to Enforce FOIA Requests (Ct. Rec. 86), Motion for Leave to File Excess Pages (Ct. Rec. 95), Motion for Equitable Lien and Temporary Injunction (Ct. Rec. 96), Motion to Expedite Hearing (Ct. Rec. 99), and Motion to Amend Motion for Equitable Lien and Temporary Injunction (Ct. Rec. 101). A telephonic hearing was held on October 26, 2007. Plaintiffs were represented by Tom Foulds; Assistant United States Attorney Rolf Tangvald appeared on behalf of Defendants.

At the hearing, Mr. Foulds explained that for various reasons he was withdrawing Plaintiffs' Motion to Enforce FOIA Requests. He then focused on Plaintiffs' Motion for Equitable Lien and Temporary Injunction. However, this motion was filed only two days before the hearing, and Defendants had not had the opportunity to respond. The Court therefore denied Plaintiffs' request for a temporary injunction pending response from Defendants and a better opportunity

to consider the request.  The Court instructed Mr. Foulds that he could file another motion and to note it for hearing in a period of time that will permit proper consideration.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Enforce FOIA Requests (Ct. Rec. 86) is **DENIED as moot**.

2. Plaintiffs' Motion for Leave to File Excess Pages (Ct. Rec. 95) is **GRANTED**.

3. Plaintiffs' Motion for Equitable Lien and Temporary Injunction (Ct. Rec. 96) is **DENIED in part**.  Plaintiffs are instructed to file a new motion for an injunction if they so desire and note it in such a way as to provide Defendants opportunity to respond.

4. Plaintiffs' Motion to Expedite Hearing (Ct. Rec. 99) is **GRANTED**.

5. Plaintiffs' Motion to Amend Motion for Equitable Lien and Temporary Injunction (Ct. Rec. 101) is **GRANTED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** the 26th day of October, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Harger\FOIA.ord.wpd