1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
7

8   OPAL HARGER, *et al.*

9        Plaintiffs,                      NO.  CV-06-5071-RHW

10       v.

11  U.S. DEPARTMENT OF LABOR,      **ORDER GRANTING MOTION
    and THE NATIONAL INSTITUTE      TO DISMISS PLAINTIFF GIBBS**
12  OF OCCUPATIONAL SAFETY
    AND HEALTH,
13
         Defendants.
14

15       Before the Court is Plaintiffs' Agreed Motion to Dismiss Judith Gibbs with

16  Prejudice (ECF No. 345), heard without oral argument. The parties have agreed to

17  move the Court to dismiss with prejudice the claims of Plaintiff Judith Gibbs.

18       Accordingly, **IT IS HEREBY ORDERED:**

19       1. Plaintiffs' Agreed Motion to Dismiss Judith Gibbs with Prejudice (ECF.

20  No. 345) is **GRANTED.**

21       2. The claims of Plaintiff Judith Gibbs are **DISMISSED with prejudice**.

22  Plaintiff Gibbs is now dismissed from this matter.

23       **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

24  Order and to provide copies to counsel.

25       **DATED** this 28th day of March, 2011.

26

27                    *s/Robert H. Whaley*
                      ROBERT H. WHALEY
28                    United States District Judge
    Q:\CIVIL\2006\Harger\dismiss5.ord.wpd

**ORDER GRANTING MOTION TO DISMISS PLAINTIFF GIBBS** * 1