AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ALAN R. HOOPER, et al,

       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

       v.

U.S. DEPARTMENT OF LABOR, et al,

CASE NUMBER: CV-06-5071-RHW

       Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the Court rejects Plaintiff Hooper's due process and APA claims and affirms Defendant's decision denying him benefits under Parts B and E of the EEOICPA. Judgment is entered for the defendant, and Hooper's First Amended Complaint (ECF No. 322) is DISMISSED.

May 23, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer